STATE OF CONNECTICUT *v.* GEORGE MCPHEE

*Pamela S. Nagy*, special public defender, in support of the petition.

*Robert M. Spector*, deputy assistant state's attorney, in opposition.

Decided October 2, 2000

CHARLIE MCCLENDON *v.* COMMISSIONER OF CORRECTION

*Matthew T. Gilbride*, special public defender, in support of the petition.

Decided October 2, 2000

THOMAS K. BARBER *v.* ROBERT D. JACOBS ET AL.

ROBERT D. JACOBS ET AL *v.* THE PUTNAM TRUST COMPANY OF GREENWICH ET AL.

SULLIVAN, J., did not participate in the consideration or decision of this petition.

*Scott M. Harrington*, in support of the petition.